**In the United States District Court**
**for the District of Kansas**

---

**United States of America**,
Plaintiff,

v. Case No. 26-10016-01 EFM

**Zachery William Thomas**,
Defendant.

---

## Motion to Reopen Detention Hearing

---

Zachery William Thomas, through undersigned counsel, hereby moves this Court to reopen the detention hearing in this case, pursuant to 18 U.S.C. § 3142(f). The government does not oppose reopening the hearing but persists in its motion for detention. Mr. Thomas moves this Court to reopen the detention hearing and hold a hearing on the government's motion.

Mr. Thomas was arrested on February 4, 2026. D.E. 5. On the same day, Mr. Thomas waived his detention hearing. D.E. 7. Now Mr. Thomas moves the Court to reopen his detention hearing. Pursuant to 18 U.S.C. § 3142(f)(2)(B), "[T]he hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community."

At the time Mr. Thomas waived his detention hearing, he was subject to a parole detainer by the Kansas Department of Corrections. On May 22, 2026, KDOC Parole Officer Alyssa Hardwell provided a Certificate of Discharge to defense counsel and the United States Probation Officer Taryn Dawnson certifying Mr. Thomas' "full and complete discharge from post release supervision effective: May 21, 2026." Mr. Thomas' discharge from state parole has a material bearing on the issue of appearance and safety of the community because if this Court denies the government's motion for detention, Mr. Thomas could immediately return to his community. Mr. Thomas is prepared to seek a surety bond for other state detainers that he may be subject to. So, if released, Mr. Thomas can immediately take up residency at an Oxford House where he has applied and been accepted.

Mr. Thomas respectfully requests this court reopen the detention hearing to allow him to present facts and additional information relating to whether there are conditions of release which would ensure the safety of the community and the appearance of Mr. Thomas at court.

Respectfully submitted,

s/Mitch E. Biebighauser
MITCH E. BIEBIGHAUSER
Sup. Ct. No. 26515
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6170
Fax: (316) 269-6175
E-mail: Mitch_Biebighauser@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on May 26, 2026, by using the CM/ECF system, which will send a notice of electronic filing to all interested parties:

s/Mitch E. Biebighauser
MITCH E. BIEBIGHAUSER, #26515