# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO. 26-cr-10016-JMK**

**ZACHERY WILLIAM THOMAS,**

**Defendant.**

# SUPERSEDING INDICTMENT

**THE GRAND JURY ALLEGES:**

## COUNT 1

**DISTRIBUTION OF A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)]**

On or about January 24, 2025, in the District of Kansas, the defendant,

**ZACHERY WILLIAM THOMAS,**

knowingly and intentionally distributed 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 2

**POSSESSION OF A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)]**

On or about January 2, 2025, in the District of Kansas, the defendant,

**ZACHERY WILLIAM THOMAS,**

knowingly and intentionally possessed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 844 and Title 18, United States Code, Section 2.

## COUNT 3

**POSSESSION OF A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)]**

On or about January 2, 2025, in the District of Kansas, the defendant,

**ZACHERY WILLIAM THOMAS,**

knowingly and intentionally possessed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 844 and Title 18, United States Code, Section 2.

## COUNT 4

**POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)]**

On or about December 7, 2024, in the District of Kansas, the defendant,

**ZACHERY WILLIAM THOMAS,**

knowingly and intentionally possessed with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 5

**POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)]**

On or about December 7, 2024, in the District of Kansas, the defendant,

**ZACHERY WILLIAM THOMAS,**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL.

October 14, 2026
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: debra.barnett@usdoj.gov
Ks. S. Ct. No. 12729

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

### Count 1: 21 U.S.C. §§ 841

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life. 21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of at least five (5) years. 21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $10,000,000.00 million. 21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life. 21 U.S.C. § 841(b)(1)(A).
- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).
- A fine not to exceed $20,000,000.00 million. 21 U.S.C. § 841(b)(1)(A).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

### Counts 2-3: 21 U.S.C. §§ 844

- Punishable by a term of imprisonment of not more than one year. 21 U.S.C. § 844.
- A term of supervised release of not more than one year. 18 U.S.C. § 3583.
- A fine not less than $1000. 21 U.S.C. § 844.
- A mandatory special assessment of $25.00. 18 U.S.C. § 3013(a)(1)(A)(iii).
- Forfeiture.

If the defendant commits such a violation after a prior conviction for any offense under Title 21, United States Code, or a prior conviction for any drug, narcotic, or chemical offense chargeable under the law of any State, the penalties are:

- A term of imprisonment of not less than fifteen (15) days and no more than two years. 21 U.S.C. § 844.

- A term of supervised release of not more than one year. 18 U.S.C. § 3583.

- A fine not less than $2,500. 21 U.S.C. § 844.

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after two or more prior convictions for any offense under Title 21, United States Code, or a prior conviction for any drug, narcotic, or chemical offense chargeable under the law of any State, the penalties are:

- A term of imprisonment of not less than ninety (90) days and no more than three years. 21 U.S.C. § 844.

- A term of supervised release of not more than one year. 18 U.S.C. § 3583.

- A fine not less than $5,000. 21 U.S.C. § 844.

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Counts 4-5: 21 U.S.C. § 841(a)(1) & (b)(1)(B)**

- Punishable by a term of imprisonment of not less than five (5) years and no more than forty (40) years. 21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least four (4) years. 21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $5 million. 21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than ten (10) years and no more than life. 21 U.S.C. § 841(b)(1)(B).
- A term of supervised release of at least eight (8) years. 21 U.S.C. § 841(b)(1)(B).
- A fine not to exceed $8 million. 21 U.S.C. § 841(b)(1)(B).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.